**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | John D. Young | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) **16-01580**

☐ Check if this is an amended filing

# Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Jason/Angela Lewinski<br>708 Garden Terrace<br>Shorewood, IL 60404 | Addition/Kitchen remodel Contract entered into by Debtor on May 11, 2016. Contract is attached to this Schedule. |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

HOMEOWNER HELPER home repair service INC.
13760 S. Kenton Crestwood, IL 60445

708.541.9600

# INVOICE

Proposal Date: 5.11.16

To: Jason/Angela Lewinski
708 Garden Terrace
Shorewood,IL. 60404

Job Name/Location:

We hereby submit specifications and estimates for:

Addition/Kitchen remodel

Includes: Demo existing kitchen and roof west side of house, construct 600 sq. ft. 2nd story addition, remodel existing kitchen, update baths,all standard finishes for the following; laminate flooring, tile, paint, cabinets, fixtures, and hardware, Client required to make type, style and color choices promptly as needed. Does not include appliances, furnishings, trim items, etc. All work to be performed in a neat, professional and timely manner, 1 year warranty on materials and workmanship. Village permit fees included. Trash and debris to be removed from site on a regular basis . Payouts based upon percentage of work done to be collected as work progresses.

Payment to be made as follows: dollars $ 86,220.00 Does Not Include Options

Progressive payouts as work completed

Note: This proposal may be withdrawn by us if not accepted within 10 days.

All material is guaranteed to be as specified. All work to be completed in a professional manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Worker's Compensation insurance.

Authorized Signature ______________________

ACCEPTANCE OF PROPOSAL: The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature: Jason Lewinski          Date of Acceptance: 05-11-2016