**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Divsion DIVISION**

In re:  YOUNG, JOHN D.                          § Case No. 16-01580
                                                §
                                                §
                                                §
                Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on 01/19/2016. The case was converted to one under Chapter 7 on 09/20/2016. The undersigned trustee was appointed on 09/21/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $        18,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 3.29 |
   | Bank service fees | 209.23 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $ 17,787.48 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/14/2017 and the deadline for filing governmental claims was 09/14/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,550.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,027.42, for a total compensation of $2,027.42$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/16/2018                    By: /s/ Eugene Crane
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (5/1/2011)

Form 1

Exhibit A

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 16-01580  
**Case Name:** YOUNG, JOHN D.  
**For Period Ending:** 11/16/2018

**Trustee Name:** (330350) Eugene Crane  
**Date Filed (f) or Converted (c):** 09/20/2016 (c)  
**§ 341(a) Meeting Date:** 10/18/2016  
**Claims Bar Date:** 09/14/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 17419 S 84th Ave, Tinley Park, IL 60477<br><br>Imported from original petition Doc# 15; Exemption: 17419 S 84th Ave Tinley Park, IL 60477 Cook County - Amount: 15000.00; Lien: Opened 12/02/02 Last Active 12/15/15<br>17419 S 84th Ave Tinley Park, IL 60477 Cook County, Debtor is 50% owner<br>Value $324,815.00 - Amount: 150088.00; Lien: Judgement lien from a lawsuit<br>17419 S 84th Ave Tinley Park, IL 60477 Cook County<br>Value $324,815.00 - Amount: 87363.50 | 324,815.00 | 72,363.50 | OA | 0.00 | FA |
| 2 | 8400 County 0 Road, Eagle River, WI 54521-0000,<br><br>Imported from original petition Doc# 15; Lien: Judgement lien from a lawsuit<br>8400 County 0 Road Eagle River, WI 54521 Vilas County Property in a trust under the debtor's son and daughter's name.<br>Value $200,000.00 - Amount: 100000.00 | 200,000.00 | 100,000.00 | OA | 0.00 | FA |
| 3 | 16165 Creekmont Ct., Tinley Park, IL 60477-0000,<br><br>Imported from original petition Doc# 15; Lien: Judgement lien from a lawsuit<br>16165 Creekmont Ct. Tinley Park, IL 60477 Cook County<br>Value $130,000.00 - Amount: 57500.00 | 130,000.00 | 72,500.00 | OA | 0.00 | FA |
| 4 | Cash<br><br>Imported from original petition Doc# 15; Exemption: Cash - Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Checking: Marquette Bank<br><br>Imported from original petition Doc# 15; Exemption: Checking: Marquette Bank - Amount: 185.00 | 185.00 | 0.00 | | 0.00 | FA |
| 6 | Business Checking: Chase Bank<br><br>Imported from original petition Doc# 15; Exemption: Business Checking: Chase Bank - Amount: 40.00 | 100.00 | 60.00 | | 0.00 | FA |
| 7 | Misc. Household Goods and Furniture<br><br>Imported from original petition Doc# 15; Exemption: Misc. Household Goods and Furniture - Amount: 1000.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Clothes<br><br>Imported from original petition Doc# 15; Exemption: Clothes - Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | INCORRECTLY IMPORTED ASSET - Deleted (u)<br><br>Imported from Amended Doc#: 56 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | ASSET IMPORTED INCORRECTLY<br><br>Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | ASSET IMPORTED INCORRECTLY (u)<br><br>Imported from Amended Doc#: 56 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 2003 Chevrolet G3500-1 Ton-V8, 100000 miles, Ext<br><br>Imported from original petition Doc# 15; Exemption: 2003 Chevrolet G3500-1 Ton-V8 100000 miles Extended Cargo Van 155" - Amount: 2400.00 | 3,975.00 | 1,575.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

| Case No.: | 16-01580 | Trustee Name: | (330350) Eugene Crane |
| --- | --- | --- | --- |
| Case Name: | YOUNG, JOHN D. | Date Filed (f) or Converted (c): | 09/20/2016 (c) |
| | | § 341(a) Meeting Date: | 10/18/2016 |
| For Period Ending: | 11/16/2018 | Claims Bar Date: | 09/14/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 13 | 2007 Chevrolet HHR-4 Cyl., 120000 miles, Wagon 4<br><br>Imported from original petition Doc# 15; Exemption: 2007 Chevrolet HHR-4 Cyl. 120000 miles Wagon 4D Panel LT - Amount: 2575.00 | 2,575.00 | 0.00 | | 0.00 | FA |
| 14 | Electric tools Hand Tools<br><br>Imported from original petition Doc# 15 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 15 | Funds in Marquette Bank Account from Chapter 11 (u) | 0.00 | 35,000.00 | | 18,000.00 | FA |
| 15 | **Assets Totals (Excluding unknown values)** | **$664,350.00** | **$282,498.50** | | **$18,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/31/2018: Collecting payments from Debtor (dk)
12/15: Filed MT Extend time object to discharge to Jan. 7, 2019. (dk)
11/20: Order entered settling claim for bank funds; Debtor is to pay total sum of $18,000.00; $8,000 to be paid over twelve months in installments (dk)
07/11: Temperature Equipment Corp filed MT for Relief on all Debtor's RE properties. Ttee has requested turnover of funds from Marquette Bank accounts (dk)
06/26: MT to Revoke Order of T/O Denied. (dk)
03/31/2017: Debtor filed MT to Revoke Order of Turnover of 03/09; Ttee filed response; hearing on 04/13 (dk)
03/09: Order entered extending time to Obj to Discharge to 06/20 (dk)
03/09/17: Orders entered; employment of CHSW&C as attorneys; compel debtor to turnover funds by 5pm March 15, and t/o books and records (dk)
03/02: Motions to employ CHSW&C; Motion for T/O books, records and Marquette Bank funds filed (dk)
11/29: Letters sent to CPA for Debtor's books and records; also to Chicago Land Trust office requesting land trust agreement (dk)

Initial Projected Date Of Final Report (TFR): 02/28/2019      Current Projected Date Of Final Report (TFR): 02/28/2019

**Form 2**

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 16-01580 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | YOUNG, JOHN D. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7416 | Account #: | ******2600 Checking |
| For Period Ending: | 11/16/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/17 | {15} | John D Young | First payment of Compromise Settlement Approved by Court Order entered on November 20, 2017 | 1229-000 | 10,000.00 | | 10,000.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 9,990.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.88 | 9,976.12 |
| 01/11/18 | {15} | John Young | First two payments of $666.66 per Compromise Settlement Approved by Court Order entered on November 20, 2017 | 1229-000 | 1,350.00 | | 11,326.12 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.01 | 11,309.11 |
| 02/12/18 | {15} | John Young | Third payment per Compromise Settlement Approved by Court Order entered on November 20, 2017 | 1229-000 | 700.00 | | 12,009.11 |
| 02/13/18 | 101 | International Sureties, Ltd. | Bond payment term 02-01-18 to 02-01-19; Bond #016073584 | 2300-000 | | 3.29 | 12,005.82 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.68 | 11,990.14 |
| 03/19/18 | {15} | John D Young | Fourth Payment of settlement per Compromise order entered on November 20, 2017 | 1229-000 | 700.00 | | 12,690.14 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.58 | 12,672.56 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.61 | 12,654.95 |
| 05/14/18 | {15} | John Young | Fifth and sixth Payment of settlement per Compromise order entered on November 20, 2017 | 1229-000 | 1,500.00 | | 14,154.95 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.10 | 14,133.85 |
| 06/11/18 | {15} | John D Young | Seventh Payment of settlement per Compromise order entered on November 20, 2017 | 1229-000 | 750.00 | | 14,883.85 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.26 | 14,863.59 |
| 07/12/18 | {15} | John D Young | Eighth payment of settlement per court order November 20, 2017 | 1229-000 | 750.00 | | 15,613.59 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.44 | 15,590.15 |
| 08/06/18 | {15} | John D Young | Ninth Payment of Settlement per Court Order entered November 20, 2017 | 1229-000 | 700.00 | | 16,290.15 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.97 | 16,266.18 |
| | | | **Page Subtotals:** | | **$16,450.00** | **$183.82** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-01580 | Trustee Name: | Eugene Crane (330350) |
| --- | --- | --- | --- |
| Case Name: | YOUNG, JOHN D. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7416 | Account #: | ******2600 Checking |
| For Period Ending: | 11/16/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/06/18 | {15} | John D Young | Tenth Payment of Settlement per Court Order entered November 20, 2017 | 1229-000 | 700.00 | | 16,966.18 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.88 | 16,953.30 |
| 10/04/18 | {15} | John D Young | Eleventh Payment of Settlement per Court Order entered November 20, 2017 | 1229-000 | 700.00 | | 17,653.30 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.82 | 17,637.48 |
| 11/06/18 | {15} | John D Young | Last Payment for Settlement per Court Order 11/20/2017 | 1229-000 | 150.00 | | 17,787.48 |
| | | **COLUMN TOTALS** | | | 18,000.00 | 212.52 | $17,787.48 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 18,000.00 | 212.52 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $18,000.00 | $212.52 | |

*{ } Asset Reference(s)*   **UST Form 101-7-TFR (5/1/2011)**   *! - transaction has not been cleared*

**Form 2**

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-01580 | **Trustee Name:** | Eugene Crane (330350) |
| **Case Name:** | YOUNG, JOHN D. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7416 | **Account #:** | ******2600 Checking |
| **For Period Ending:** | 11/16/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $18,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $18,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2600 Checking | $18,000.00 | $212.52 | $17,787.48 |
| | **$18,000.00** | **$212.52** | **$17,787.48** |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C
## Analysis of Claims Register

**Case: 16-01580**                          **JOHN D. YOUNG**

Claims Bar Date: 09/14/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5S | Temperature Equipment Corporation c/o Kohner, Mann & Kailas, S.C. 4650 North Port Washington Road Milwaukee, WI 53212 <4800-000 State and Local Tax Liens (not included in UTC 4700))> , 300 | Secured 03/21/16 | | $244,863.50 $244,863.50 | $0.00 | $244,863.50 |
| | Claim is not secured as collateral is real estate that was abandoned per court order. | | | | | |
| 7 | JPMorgan Chase Bank, NA Chase Records Center Attn: Correspondence Mail Code LA4-5555 700 Kansas Lane Monroe, LA 71203 <4800-000 State and Local Tax Liens (not included in UTC 4700))> , 300 | Secured 05/10/16 | | $145,287.01 $145,287.01 | $0.00 | $145,287.01 |
| | Claim is not secured as real estate collateral was abandoned per court order. | | | | | |
| FEE | Eugene Crane 135 S. La Salle Street Suite 3705 Chicago, IL 60603 <2100-000 Trustee Compensation> , 200 | Administrative 08/09/18 | | $2,550.00 $2,550.00 | $0.00 | $2,550.00 |
| | Crane, Simon, Clar & Dan 135 S. LaSalle, Ste. 3705 Chicago, IL 60603 <3110-000 Attorney for Trustee Fees (Trustee Firm)> , 200 | Administrative 11/15/18 | | $18,887.00 $18,887.00 | $0.00 | $18,887.00 |
| | Crane, Simon, Clar & Dan 135 S. LaSalle, Ste. 3705 Chicago, IL 60603 <3120-000 Attorney for Trustee Expenses (Trustee Firm)> , 199 | Administrative 11/15/18 | | $93.60 $93.60 | $0.00 | $93.60 |
| 15 | United States Trustee, <6101-000 Prior Chapter Trustee Compensation > , 300 | Administrative 11/17/16 | | $325.00 $0.00 | $0.00 | $0.00 |
| | Claim Withdrawn on 1/26/2017 | | | | | |

**UST Form 101-7-TFR (5/1/2011)**

Page: 2

# Exhibit C
## Analysis of Claims Register

**Case: 16-01580**   **JOHN D. YOUNG**

Claims Bar Date: 09/14/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | United States Trustee<br>Office of the United States Trustee<br>219 S. Dearborn Street, Room 873<br>Chicago, IL 60604<br><6101-000 Prior Chapter Trustee Compensation ><br>, 199<br><br>U.S. Trustee Quarterly Fees 3rd Quarter 2016 | Administrative<br>01/26/17 | | $650.00<br>$650.00 | $0.00 | $650.00 |
| 20 | IL Dept of Revenue Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>12/21/17 | | $4,916.40<br>$4,916.40 | $0.00 | $4,916.40 |
| 1 | Golan & Christie, LLP c/o Robert R Benjamin, Esq<br>70 W. Madison Street<br>Suite 1500<br>Chicago, IL 60602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/21/16 | | $6,152.50<br>$6,152.50 | $0.00 | $6,152.50 |
| 2 | Parkview Orthopaedic Group, S.C. Michael R. Naughton<br>P.O. Box 10<br>Manhattan, IL 60442<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/28/16 | | $1,909.36<br>$1,909.36 | $0.00 | $1,909.36 |
| 3 | Simmons First National Bank<br>PO Box 6609<br>Pine Bluff, AR 71611-9977<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/03/16 | | $5,783.86<br>$5,783.86 | $0.00 | $5,783.86 |
| 4 | Monee Dental Assoc. c/o Collection Professionals Inc.<br>723 First St.<br>LaSalle, IL 61301<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/16/16 | | $653.00<br>$653.00 | $0.00 | $653.00 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

**Case: 16-01580**  **JOHN D. YOUNG**

Claims Bar Date: 09/14/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5U | Temperature Equipment Corporation c/o Kohner, Mann & Kailas, S.C. 4650 North Port Washington Road Milwaukee, WI 53212 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/21/16 | | $356,351.59 $356,351.59 | $0.00 | $356,351.59 |
| 6 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 03/28/16 | | $55.35 $55.35 | $0.00 | $55.35 |
| 8-3 | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/24/16 | | $0.00 $0.00 | $0.00 | $0.00 |

MEMO: 07/12/2017 Amendment 8-3

--------------------------------------------------------------------------------* * History: Details8-105/24/2016Claim #8 filed by Internal Revenue Service, Amount claimed: $20344.52
Details8-207/21/2016Amended Claim #8 filed by Internal Revenue Service, Amount claimed: $561.52
Details8-308/15/2016Amended Claim #8 filed by Internal Revenue Service, Amount claimed: $0.00

| 9 | Schwab Legal Group LLC 303 Pearl Avenue Suite A Oshkosh, WI 54901 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/23/16 | | $14,983.80 $14,983.80 | $0.00 | $14,983.80 |
| 10 | US DEPT OF EDUCATION CLAIMS FILING UNIT PO BOX 8973 MADISON, WI 53708-8973 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 06/20/16 | | $18,972.61 $18,972.61 | $0.00 | $18,972.61 |

Page: 4

# Exhibit C
## Analysis of Claims Register

**Case: 16-01580**      **JOHN D. YOUNG**

Claims Bar Date: 09/14/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | Creditors Discount and Audit Company<br>415 E Main St<br>Streator, IL 61364<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/20/16 | | $1,085.56<br>$1,085.56 | $0.00 | $1,085.56 |
| 12 | Auto-Owners Insurance Company<br>P.O. Box 30278<br>Lansing, MI 48909<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/06/16 | | $763.76<br>$763.76 | $0.00 | $763.76 |
| 13 | Capital One NA c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/05/16 | | $55.35<br>$55.35 | $0.00 | $55.35 |
| 14 | Capital One NA c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/05/16 | | $55.35<br>$55.35 | $0.00 | $55.35 |
| 17 | 303 Pearl Avenue SUITE A<br>Oshkosh, WI 54901<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>06/22/17 | | $14,983.80<br>$14,983.80 | $0.00 | $14,983.80 |
| 18 | Monee Dental Assoc.<br>c/o Collection Professionals Inc.<br>723 First St.<br>LaSalle, IL 61301<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/25/17 | | $653.00<br>$653.00 | $0.00 | $653.00 |

# Exhibit C

## Analysis of Claims Register

**Case: 16-01580**                              **JOHN D. YOUNG**

Claims Bar Date: 09/14/17

| Claim No. | Claimant Name/ \<Category\>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 19 | Hibu Inc. fka Yellowbook Inc. c/oRMS Bankruptcy Recovery Services PO Box 361345 Columbus, OH 43236 <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | Unsecured 10/02/17 | | $51,610.00 $51,610.00 | $0.00 | $51,610.00 |
| | | | **Case Total:** | | **$0.00** | **$891,316.40** |

**UST Form 101-7-TFR (5/1/2011)**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-01580
Case Name: JOHN D. YOUNG
Trustee Name: Eugene Crane

**Balance on hand:**     $     17,787.48

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5S | Temperature Equipment Corporation c/o Kohner, Mann & Kailas, S.C. | 244,863.50 | 244,863.50 | 0.00 | 0.00 |
| 7 | JPMorgan Chase Bank, NA Chase Records Center | 145,287.01 | 145,287.01 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $     0.00
Remaining balance:     $     17,787.48

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Eugene Crane | 2,550.00 | 0.00 | 2,027.42 |
| Attorney for Trustee Fees - Crane, Simon, Clar & Dan | 18,887.00 | 0.00 | 15,016.46 |
| Attorney for Trustee, Expenses - Crane, Simon, Clar & Dan | 93.60 | 0.00 | 93.60 |

Total to be paid for chapter 7 administrative expenses:     $     17,137.48
Remaining balance:     $     650.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Trustee Compensation - United States Trustee | 650.00 | 0.00 | 650.00 |
| Prior Chapter Trustee Compensation - United States Trustee | 0.00 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses:     $     650.00
Remaining balance:     $     0.00

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,916.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | IL Dept of Revenue Bankruptcy Section | 4,916.40 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $422,458.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Golan & Christie, LLP c/o Robert R Benjamin, Esq | 6,152.50 | 0.00 | 0.00 |
| 2 | Parkview Orthopaedic Group, S.C. Michael R. Naughton | 1,909.36 | 0.00 | 0.00 |
| 3 | Simmons First National Bank | 5,783.86 | 0.00 | 0.00 |
| 4 | Monee Dental Assoc. c/o Collection Professionals Inc. | 653.00 | 0.00 | 0.00 |
| 5U | Temperature Equipment Corporation c/o Kohner, Mann & Kailas, S.C. | 356,351.59 | 0.00 | 0.00 |
| 6 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP | 55.35 | 0.00 | 0.00 |
| 8-3 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 9 | Schwab Legal Group LLC | 14,983.80 | 0.00 | 0.00 |
| 10 | US DEPT OF EDUCATION CLAIMS FILING UNIT | 18,972.61 | 0.00 | 0.00 |
| 11 | Creditors Discount and Audit Company | 1,085.56 | 0.00 | 0.00 |
| 12 | Auto-Owners Insurance Company | 763.76 | 0.00 | 0.00 |
| 13 | Capital One NA c/o Becket and Lee LLP | 55.35 | 0.00 | 0.00 |
| 14 | Capital One NA c/o Becket and Lee LLP | 55.35 | 0.00 | 0.00 |
| 17 | 303 Pearl Avenue SUITE A | 14,983.80 | 0.00 | 0.00 |
| 18 | Monee Dental Assoc. | 653.00 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $51,610.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | Hibu Inc. fka Yellowbook Inc. | 51,610.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |