IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN D. YOUNG, | ) | Case No.    16-01580 |
| | ) | Chapter 7 |
| | ) | Judge Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | |

### CERTIFICATE OF SERVICE

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

      The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served either electronically or via U.S. First Class Mail on all parties listed on the attached Service List on the 19th day of December, 2018, before the hour of 5:00 p.m.

                                              /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Phone: (312) 641-6777
Fax: (312) 641-7114

## SERVICE LIST

*Parties Served electronically:*
United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604

Ha M. Nguyen
Office of the United States Trustee
Office of the U.S. Trustee
219 S. Dearborn Street Chicago, IL 60604

Paul Bach
Bach Law Offices
P.O. Box 1285
Northbrook, IL 60065

Jose Moreno
Codilis & Associates, P.C.
15W030 North Frontage Rd., Suite 100
Burr Ridge, IL 60529

Eric R. Von Helms
Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Rd.
2nd Floor North
Milwaukee, WI 53212

*Served via U.S. Mail:*
John D. Young
17419 S. 84th Ave.
Tinley Park, IL 60477

Schwab Legal Group
303 Pearl Avenue
Suite A
Oshkosh, WI 54901-4774

AES/Chase
Aes/Dbd
P.O. Box 8183
Harrisburg, PA 17105

Acs/loan science
501 Bleecker St.
Utica, NY 13501

Auto Owners Insurance Co
P.O. Box 30278
Lansing, MI 48909

Capital One, N.A.
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Cds/pontiac
Attn: Bankruptcy
P.O. Box 213
Streator, IL 61364

Chase Mtg
P.O. Box 24696
Columbus, OH 43224

Collection Prof/lasalle
P.O. Box 416
La Salle, IL 61301

Creditors Discount and Audit Co.
415 E. Main St.
Streator, IL 61364

Golan & Christie, LLP
c/o Robert R Benjamin
70 W. Madison St., Suite 1500
Chicago, IL 60602

Hibu Inc fka Yellowbook
c/o RMS Bankruptcy Recovery
P.O. Box 361345
Columbus, OH 43236

IC Systems, Inc.
444 Highway 96 East
P.O. Box 64378
St. Paul, MN 55164

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank
Chase Records Center
Attn: Correspondence Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

Jason/Angela Lewinski
708 Garden Terrace
Shorewood, IL 60404

Kohls/Capital One
P.O. Box 3120
Milwaukee, WI 53201

Parkview Orthopedic Group, SC
Michael Naughton
P.O. Box 10
Manhattan, IL 60442

Monee Dental Assoc.
c/o Collection Professionals, Inc.
723 First St.
LaSalle, IL 61301

Simmons 1st National
P.O. Box 6609
Pine Bluff, AR 71611

Temperature Equipment Corp.
17725 Volbrecht Rd.
Lansing, IL 60438

Temperature Equipment Corp
c/o Kohner, Mann & Kailas, SC
4650 N. Part Washington Rd.
Milwaukee, WI 53212

TSI/909
P.O. Box 17205
Wilmington, DE 19850

US Dept. Of Education
Claims Filing Unit
P.O. Box 8973
Madison, WI 53708

US Dept. Of Ed
Great Lakes Educational
2401 International
Madison, WI 53704