**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern DIVISION**

In re: YOUNG, JOHN D.          § Case No. 16-01580
                                §
                                §
                                §
           Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Eugene Crane, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $664,350.00 *(without deducting any secured claims)* | Assets Exempt: $21,900.00 |
| Total Distributions to Claimants: $0.00 | Claims Discharged Without Payment: $594,136.89 |
| Total Expenses of Administration: $18,000.00 | |

    3) Total gross receipts of $18,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $18,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $394,951.50 | $390,150.51 | $390,150.51 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $21,743.12 | $21,743.12 | $17,350.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $975.00 | $650.00 | $650.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $4,916.40 | $4,916.40 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $271,139.00 | $474,068.89 | $474,068.89 | $0.00 |
| **TOTAL DISBURSEMENTS** | $666,090.50 | $891,853.92 | $891,528.92 | $18,000.00 |

4) This case was originally filed under chapter 13 on 01/19/2016, and it was converted to chapter 7 on 09/20/2016. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   03/15/2019            By: /s/ Eugene Crane
                                   Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds in Marquette Bank Account from Chapter 11 | 1229-000 | $18,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$18,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5S | Temperature Equipment Corporation c/o Kohner, Mann & Kailas, S.C. | 4800-000 | $244,863.50 | $244,863.50 | $244,863.50 | $0.00 |
| 7 | JPMorgan Chase Bank, NA Chase Records Center | 4800-000 | $150,088.00 | $145,287.01 | $145,287.01 | $0.00 |
| | **TOTAL SECURED** | | **$394,951.50** | **$390,150.51** | **$390,150.51** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Eugene Crane | 2100-000 | NA | $2,550.00 | $2,550.00 | $2,027.42 |
| Attorney for Trustee Fees - Crane, Simon, Clar & Dan | 3110-000 | NA | $18,887.00 | $18,887.00 | $15,016.46 |
| Attorney for Trustee, Expenses - Crane, Simon, Clar & Dan | 3120-000 | NA | $93.60 | $93.60 | $93.60 |
| Bond Payments - BOND | 2300-000 | NA | $3.29 | $3.29 | $3.29 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $209.23 | $209.23 | $209.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $21,743.12 | $21,743.12 | $17,350.00 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trustee Compensation - United States Trustee | 6101-000 | NA | $975.00 | $650.00 | $650.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $0.00 | $975.00 | $650.00 | $650.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | IL Dept of Revenue Bankruptcy Section | 5800-000 | $0.00 | $4,916.40 | $4,916.40 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $4,916.40 | $4,916.40 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Golan & Christie, LLP c/o Robert R Benjamin, Esq | 7100-000 | $0.00 | $6,152.50 | $6,152.50 | $0.00 |
| 2 | Parkview Orthopaedic Group, S.C. Michael R. Naughton | 7100-000 | $891.00 | $1,909.36 | $1,909.36 | $0.00 |
| 3 | Simmons First National Bank | 7100-000 | $5,783.00 | $5,783.86 | $5,783.86 | $0.00 |
| 4 | Monee Dental Assoc. c/o Collection Professionals Inc. | 7100-000 | $693.00 | $653.00 | $653.00 | $0.00 |
| 5U | Temperature Equipment Corporation c/o Kohner, Mann & Kailas, S.C. | 7100-000 | $125,273.00 | $356,351.59 | $356,351.59 | $0.00 |
| 6 | CAPITAL ONE, N.A. C/O BECKET AND LEE LLP | 7100-000 | $55.00 | $55.35 | $55.35 | $0.00 |
| 8-3 | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | Schwab Legal Group LLC | 7100-000 | $0.00 | $14,983.80 | $14,983.80 | $0.00 |
| 10-2 | US DEPT OF EDUCATION CLAIMS FILING UNIT | 7100-000 | $18,376.00 | $18,972.61 | $18,972.61 | $0.00 |
| 11 | Creditors Discount and Audit Company | 7100-000 | $0.00 | $1,085.56 | $1,085.56 | $0.00 |
| 12 | Auto-Owners Insurance Company | 7100-000 | $0.00 | $763.76 | $763.76 | $0.00 |
| 13 | Capital One NA c/o Becket and Lee LLP | 7100-000 | $0.00 | $55.35 | $55.35 | $0.00 |
| 14 | Capital One NA c/o Becket and Lee LLP | 7100-000 | $0.00 | $55.35 | $55.35 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| 17 | 303 Pearl Avenue SUITE A | 7100-000 | $0.00 | $14,983.80 | $14,983.80 | $0.00 |
|---|---|---|---|---|---|---|
| 18 | Monee Dental Assoc. | 7100-000 | $0.00 | $653.00 | $653.00 | $0.00 |
| 19 | Hibu Inc. fka Yellowbook Inc. | 7200-000 | NA | $51,610.00 | $51,610.00 | $0.00 |
| N/F | AES/Chase | 7100-000 | $19,567.00 | NA | NA | NA |
| N/F | Acs/loan Science | 7100-000 | $50,011.00 | NA | NA | NA |
| N/F | Acs/loan Science Nonpriority Creditor's Name 501 BleeckerSt | 7100-000 | $50,011.00 | NA | NA | NA |
| N/F | IC Systems, Inc | 7100-000 | $261.00 | NA | NA | NA |
| N/F | Ts i/909 | 7100-000 | $218.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$271,139.00** | **$474,068.89** | **$474,068.89** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 16-01580 | Trustee Name: | (330350) Eugene Crane |
| --- | --- | --- | --- |
| Case Name: | YOUNG, JOHN D. | Date Filed (f) or Converted (c): | 09/20/2016 (c) |
| | | § 341(a) Meeting Date: | 10/18/2016 |
| For Period Ending: | 03/15/2019 | Claims Bar Date: | 09/14/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | ---: | ---: | :---: | ---: | ---: |
| 1 | 17419 S 84th Ave, Tinley Park, IL 60477<br>Imported from original petition Doc# 15; Exemption: 17419 S 84th Ave Tinley Park, IL 60477 Cook County - Amount: 15000.00; Lien: Opened 12/02/02 Last Active 12/15/15<br>17419 S 84th Ave Tinley Park, IL 60477 Cook County, Debtor is 50% owner<br>Value $324,815.00 - Amount: 150088.00; Lien: Judgement lien from a lawsuit<br>17419 S 84th Ave Tinley Park, IL 60477 Cook County<br>Value $324,815.00 - Amount: 87363.50 | 324,815.00 | 72,363.50 | OA | 0.00 | FA |
| 2 | 8400 County 0 Road, Eagle River, WI 54521-0000,<br>Imported from original petition Doc# 15; Lien: Judgement lien from a lawsuit<br>8400 County 0 Road Eagle River, WI 54521 Vilas County Property in a trust under the debtor's son and daughter's name.<br>Value $200,000.00 - Amount: 100000.00 | 200,000.00 | 100,000.00 | OA | 0.00 | FA |
| 3 | 16165 Creekmont Ct., Tinley Park, IL 60477-0000,<br>Imported from original petition Doc# 15; Lien: Judgement lien from a lawsuit<br>16165 Creekmont Ct. Tinley Park, IL 60477 Cook County<br>Value $130,000.00 - Amount: 57500.00 | 130,000.00 | 72,500.00 | OA | 0.00 | FA |
| 4 | Cash<br>Imported from original petition Doc# 15; Exemption: Cash - Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Checking: Marquette Bank<br>Imported from original petition Doc# 15; Exemption: Checking: Marquette Bank - Amount: 185.00 | 185.00 | 0.00 | | 0.00 | FA |
| 6 | Business Checking: Chase Bank<br>Imported from original petition Doc# 15; Exemption: Business Checking: Chase Bank - Amount: 40.00 | 100.00 | 60.00 | | 0.00 | FA |
| 7 | Misc. Household Goods and Furniture<br>Imported from original petition Doc# 15; Exemption: Misc. Household Goods and Furniture - Amount: 1000.00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Clothes<br>Imported from original petition Doc# 15; Exemption: Clothes - Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | INCORRECTLY IMPORTED ASSET - Deleted (u)<br>Imported from Amended Doc#: 56 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | ASSET IMPORTED INCORRECTLY<br>Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | ASSET IMPORTED INCORRECTLY (u)<br>Imported from Amended Doc#: 56 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 2003 Chevrolet G3500-1 Ton-V8, 100000 miles, Ext<br>Imported from original petition Doc# 15; Exemption: 2003 Chevrolet G3500-1 Ton-V8 100000 miles Extended Cargo Van 155" - Amount: 2400.00 | 3,975.00 | 1,575.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 16-01580 | Trustee Name: | (330350) Eugene Crane |
| Case Name: | YOUNG, JOHN D. | Date Filed (f) or Converted (c): | 09/20/2016 (c) |
| | | § 341(a) Meeting Date: | 10/18/2016 |
| For Period Ending: | 03/15/2019 | Claims Bar Date: | 09/14/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | 2007 Chevrolet HHR-4 Cyl., 120000 miles, Wagon 4<br>Imported from original petition Doc# 15; Exemption: 2007 Chevrolet HHR-4 Cyl. 120000 miles Wagon 4D Panel LT  -  Amount: 2575.00 | 2,575.00 | 0.00 | | 0.00 | FA |
| 14 | Electric tools Hand Tools<br>Imported from original petition Doc# 15 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 15 | Funds in Marquette Bank Account from Chapter 11 (u) | 0.00 | 35,000.00 | | 18,000.00 | FA |
| 15 | **Assets Totals (Excluding unknown values)** | **$664,350.00** | **$282,498.50** | | **$18,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/19/2018: TFR filed with Court; Final Hearing 01/29/2019 at 10:30am J-Schmetterer (dk)
11/27/2018: Filed TFR etc. with UST for review. (dk)
11/16/2018: Prepared TFR; BMS has computer glitch will need to prepare NFR after holiday (dk)
03/31/2018: Collecting payments from Debtor (dk)
12/15: Filed MT Extend time object to discharge to Jan. 7, 2019. (dk)
11/20: Order entered settling claim for bank funds; Debtor is to pay total sum of $18,000.00; $8,000 to be paid over twelve months in installments (dk)
07/11: Temperature Equipment Corp filed MT for Relief on all Debtor's RE properties.  Ttee has requested turnover of funds from Marquette Bank accounts (dk)
06/26: MT to Revoke Order of T/O Denied. (dk)
03/31/2017: Debtor filed MT to Revoke Order of Turnover of 03/09; Ttee filed response; hearing on 04/13 (dk)
03/09: Order entered extending time to Obj to Discharge to 06/20 (dk)
03/09/17: Orders entered; employment of CHSW&C as attorneys; compel debtor to turnover funds by 5pm March 15, and t/o books and records (dk)
03/02: Motions to employ CHSW&C; Motion for T/O books, records and Marquette Bank funds filed (dk)
11/29: Letters sent to CPA for Debtor's books and records; also to Chicago Land Trust office requesting land trust agreement (dk)

**Initial Projected Date Of Final Report (TFR):** 02/28/2019     **Current Projected Date Of Final Report (TFR):** 12/13/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 16-01580 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | YOUNG, JOHN D. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7416 | Account #: | ******2600 Checking |
| For Period Ending: | 03/15/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/17 | {15} | John D Young | First payment of Compromise Settlement Approved by Court Order entered on November 20, 2017 | 1229-000 | 10,000.00 | | 10,000.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 9,990.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.88 | 9,976.12 |
| 01/11/18 | {15} | John Young | First two payments of $666.66 per Compromise Settlement Approved by Court Order entered on November 20, 2017 | 1229-000 | 1,350.00 | | 11,326.12 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.01 | 11,309.11 |
| 02/12/18 | {15} | John Young | Third payment per Compromise Settlement Approved by Court Order entered on November 20, 2017 | 1229-000 | 700.00 | | 12,009.11 |
| 02/13/18 | 101 | International Sureties, Ltd. | Bond payment term 02-01-18 to 02-01-19; Bond #016073584 | 2300-000 | | 3.29 | 12,005.82 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.68 | 11,990.14 |
| 03/19/18 | {15} | John D Young | Fourth Payment of settlement per Compromise order entered on November 20, 2017 | 1229-000 | 700.00 | | 12,690.14 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.58 | 12,672.56 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.61 | 12,654.95 |
| 05/14/18 | {15} | John Young | Fifth and sixth Payment of settlement per Compromise order entered on November 20, 2017 | 1229-000 | 1,500.00 | | 14,154.95 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.10 | 14,133.85 |
| 06/11/18 | {15} | John D Young | Seventh Payment of settlement per Compromise order entered on November 20, 2017 | 1229-000 | 750.00 | | 14,883.85 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.26 | 14,863.59 |
| 07/12/18 | {15} | John D Young | Eighth payment of settlement per court order November 20, 2017 | 1229-000 | 750.00 | | 15,613.59 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.44 | 15,590.15 |
| 08/06/18 | {15} | John D Young | Ninth Payment of Settlement per Court Order entered November 20, 2017 | 1229-000 | 700.00 | | 16,290.15 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.97 | 16,266.18 |

Page Subtotals: $16,450.00 $183.82

*{ } Asset Reference(s)*   UST Form 101-7-TDR ( 10 /1/2010)   *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-01580 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | YOUNG, JOHN D. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7416 | Account #: | ******2600 Checking |
| For Period Ending: | 03/15/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/06/18 | {15} | John D Young | Tenth Payment of Settlement per Court Order entered November 20, 2017 | 1229-000 | 700.00 | | 16,966.18 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.88 | 16,953.30 |
| 10/04/18 | {15} | John D Young | Eleventh Payment of Settlement per Court Order entered November 20, 2017 | 1229-000 | 700.00 | | 17,653.30 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.82 | 17,637.48 |
| 11/06/18 | {15} | John D Young | Last Payment for Settlement per Court Order 11/20/2017 | 1229-000 | 150.00 | | 17,787.48 |
| 02/05/19 | 102 | Crane, Simon, Clar & Dan | Distribution payment - Dividend paid at 100.00% of $93.60; Claim # ; Filed: $93.60 | 3120-000 | | 93.60 | 17,693.88 |
| 02/05/19 | 103 | United States Trustee | Distribution payment - Dividend paid at 100.00% of $650.00; Claim # 16; Filed: $650.00 | 6101-000 | | 650.00 | 17,043.88 |
| 02/05/19 | 104 | Eugene Crane | Distribution payment - Dividend paid at 79.51% of $2,550.00; Claim # FEE; Filed: $2,550.00 | 2100-000 | | 2,027.42 | 15,016.46 |
| 02/05/19 | 105 | Crane, Simon, Clar & Dan | Distribution payment - Dividend paid at 79.51% of $18,887.00; Claim # ; Filed: $18,887.00 | 3110-000 | | 15,016.46 | 0.00 |
| | | **COLUMN TOTALS** | | | 18,000.00 | 18,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 18,000.00 | 18,000.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$18,000.00** | **$18,000.00** | |

*{ } Asset Reference(s)*  **UST Form 101-7-TDR ( 10 /1/2010)**  *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-01580 | **Trustee Name:** | Eugene Crane (330350) |
| **Case Name:** | YOUNG, JOHN D. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7416 | **Account #:** | ******2600 Checking |
| **For Period Ending:** 03/15/2019 | | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $18,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $18,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2600 Checking | $18,000.00 | $18,000.00 | $0.00 |
| | **$18,000.00** | **$18,000.00** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)